Mills *v.* Richardson.

---

## PRESERVED B. MILLS *versus* JOHN RICHARDSON.

A tenant in common of undivided lands is liable to treble damages for cutting timber on the common estate without proper notice, or for cutting during the pendency of a petition for partition.

Trespass *quare clausum* is the proper form of action to recover such damages.

TRESPASS *quare clausum* against the defendant, who was part owner, in common with the plaintiff, of the lot on which the cutting of timber was alleged.

APPLETON, J., presiding at *Nisi Prius*, to whom the action was referred, with the right to except to his rulings of the law reserved, determined that the action in this form could be maintained. EXCEPTIONS to this ruling were taken by the defendant.

*A. G. Wakefield,* counsel for the plaintiff.

*S. H. Blake,* counsel for the defendant.

HATHAWAY, J. By R. S., ch. 129, s. 7, a tenant in common of undivided lands is subjected to the forfeiture and payment of treble damages for cutting timber, &c., on the common

estate, without having given the preliminary notice required by the statute; or, for cutting timber, &c., on the same estate pending a petition for partition.

The only question *of law* presented by this case, is, whether or not an action of trespass *quare clausum* can be maintained to recover such damages, and that question has been decided in the affirmative by this court in *Maxwell* v. *Maxwell*, 31 Maine R., 184.

*Exceptions overruled.*
*Judgment of the court at Nisi Prius affirmed.*